FILED
MAR 11 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Criminal Case No. '08 CR 696 BEN
          Plaintiff,  )
                         ) **I N F O R M A T I O N**
    v.  )
                         ) Title 8, U.S.C., Sec. 1325 -
                         ) Illegal Entry (Misdemeanor);
OMAR ALEXSAN CHIA-OCHOA,  ) Title 8, U.S.C., Sec. 1325 -
                         ) Illegal Entry (Felony)
          Defendant.  )
_____)

The United States Attorney charges:

**Count 1**

On or about 2/10/08, within the Southern District of California, defendant OMAR ALEXSAN CHIA-OCHOA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:kmm:San Diego
2/28/08

Count 2

On or about February 11, 2008, within the Southern District of California, defendant OMAR ALEXSAN CHIA-OCHOA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/11/08

KAREN P. HEWITT
United States Attorney

FOR  CARLA J. BRESSLER
Assistant U.S. Attorney